IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **TRUONG QUOC NGUYEN,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | **CAUSE NO. EP-26-CV-20-KC** |
| § | |
| **PAM BONDI et al.,** § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered Truong Quoc Nguyen's Petition for a Writ of Habeas Corpus, ECF No. 1. On January 9, 2026, the Court ordered Respondents to specify what efforts had been made to effectuate Nguyen's removal. Jan. 9, 2026, Order 3, ECF No. 2. Respondents now state that they began their efforts to obtain travel documents for Nguyen from Vietnam on August 11, 2025. Resp. Ex. A ("Estrada Decl.") ¶ 19, ECF No. 4-1. Since then, Nguyen's travel document application has gone through various rounds of corrections and remains unsubmitted to Vietnam. *Id.* ¶¶ 19–25. Enforcement and Removal Operations ("ERO") El Paso has now requested an update from "ERO RIO," a division located at ICE headquarters, on the status of Nguyen's travel document application, three times between December 10, 2025, and January 9, 2026. *Id.* ¶¶ 23, 26, 28. Yet, no response has been received. *Id.* Thus, because the travel document application has not been approved internally, the travel document request has not been submitted to Vietnam. *Id.* ¶ 30. There is no indication that Nguyen bears any responsibility for the delay. Nguyen has now been in custody for approximately seven months. *Id.* ¶ 15.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report by **no later than February 23, 2026**, stating whether Nguyen has been removed from the United States. If Nguyen has not yet been removed by that date, Respondents shall specify:

(1) Whether a travel document request has been submitted to Vietnam, and if not, the reasons for the delay,

(2) Whether any additional obstacles exist to effectuating Nguyen's removal,

(3) What concrete steps have been taken to address the existing obstacles, and

(4) The anticipated timeline for Nguyen's removal from the United States.

Respondents are **CAUTIONED** that a failure to formally submit a travel document request to Vietnam for Nguyen before February 23, 2026, **may result in an order for his immediate release from custody**.

**SO ORDERED**.

**SIGNED this 21st day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2