**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **TRUONG QUOC NGUYEN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-20-KC** |
| | § | |
| **PAM BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**SHOW CAUSE ORDER**

On this day, the Court considered the case. On January 21, 2026, the Court ordered Respondents to file a status report stating whether Nguyen had been removed from the United States. Jan. 21, 2026, Order 2, ECF No. 6. If not, Respondents were to specify whether the travel document request had been submitted to Vietnam, among other things, by February 23. *Id.* This deadline has now passed, and Respondents did not file any status report.

Accordingly, the Court **ORDERS** that Respondents must **SHOW CAUSE** for their failure to comply with the Court's January 21 Order, **by no later than February 25, 2026**.

**SO ORDERED**.

**SIGNED this 24th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE